1   BENJAMIN B. WAGNER
    United States Attorney
2   CHRISTOPHER S. HALES
    Special Assistant U.S. Attorney
3   501 I Street, Suite 10-100
    Sacramento, California 95814
4   Telephone: (916) 554-2700

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,    ) Case No. 2:12-MJ-00005 CKD
                         )
12         Plaintiff,       ) STIPULATION AND
                         ) ORDER TO RESET TRIAL DATE
13     v.                  )
                         )
14   WILLIAM J. SZABO,         ) DATE:  February 17, 2012
                         ) TIME:  9:00 a.m.
15         Defendant.       ) JUDGE: Hon. Carolyn K. Delaney
   _____)
16

17      The United States and the defendant, by and through their

18 respective undersigned counsel, hereby stipulate and jointly

19 request that the trial date currently set for February 17, 2012

20 at 9 a.m. be reset for March 22, 2012 at 9 a.m.  The government

21 has just received additional discovery that it has produced to

22 the defense, and both parties need additional time to prepare.

23 Accordingly, the parties jointly request that the Court exclude

24 time from the date of the Court's order to March 22, 2012

25 pursuant to local code T4, and make a finding that ends of

26 //

27 //

28 //

1   justice served by granting such continuance outweigh the best

2   interests of the public and the defendant in a speedy trial.

3   Dated: February 7, 2012          Respectfully submitted,

4                                    BENJAMIN B. WAGNER
                                     United States Attorney
5

6                                     /s/ Christopher S. Hales
                                     CHRISTOPHER S. HALES
7                                    Special Assistant U.S. Attorney

8
    Dated:  February 7, 2012         DANIEL J. BRODERICK
9                                    Federal Defender

10
                                      /s/ Linda C. Harter
11                                   LINDA C. HARTER
                                     Assistant Federal Defender
12

13                                   ORDER

14
    IT IS SO ORDERED.
15
    Dated: 2/8/2012                   /s/ Carolyn K. Delaney
16                                   HON. CAROLYN K. DELANEY
                                     United States Magistrate Judge
17

18

19

20

21

22

23

24

25

26

27

28