```
BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER S. HALES
Special Assistant U.S. Attorney
ALEX A. LOZADA
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-MJ-00005 CKD |
| Plaintiff, | STIPULATION AND PROTECTIVE ORDER RE: DISSEMINATION OF HENTHORN MATERIALS |
| v. | |
| WILLIAM SZABO, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED among the parties and their respective counsel, Christopher S. Hales, Special Assistant U.S. Attorney, representing plaintiff United States of America, and Linda Harter, representing defendant William Szabo, that the documents that will be provided to defense counsel pursuant to *United States v. Henthorn*, 931 F.2d 29 (9th Cir. 1991) in this case are subject to limitations on dissemination as set forth herein.  The parties respectfully request that the court order these limitations by signing this Stipulation and entering it on the record as a Protective Order applicable to all *Henthorn* material provided by the government to defense counsel in this case.

1

The parties agree that the *Henthorn* material in this case contains "Protected Information," which is defined here as including the names, disciplinary actions, and conduct of a specific law enforcement officer involved in this case.

Defense counsel agrees not to share any documents that contain Protected Information with anyone other than defense counsel, designated certified student attorneys, and support staff at the Federal Defender's office located in the Sacramento office of the Eastern District of California.  Defense counsel may permit the defendant to view the documents in the presence of his defense counsel, designated certified student attorneys, and support staff, so long as defense counsel, designated certified student attorneys and support staff do not allow the defendant to copy or retain copies of the Protected Information.

In the event that the defendant substitutes counsel, undersigned defense counsel agrees to withhold documents containing Protected Information from new counsel unless and until substituted counsel agrees also to be bound by this Stipulation and [Proposed] Protective Order.

DATE: April 9, 2012          BENJAMIN B. WAGNER
                             United States Attorney


                        By:  /s/ Christopher S. Hales
                             CHRISTOPHER S. HALES
                             Special Assistant U.S. Attorney


DATE: April 9, 2012          /s/ Linda Harter
                             Linda Harter
                             Attorney for William Szabo

**IT IS SO ORDERED:**

DATED: April 10, 2012        /s/ Carolyn K. Delaney
                             HON. CAROLYN K. DELANEY
                             United States Magistrate Judge

2